# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   CALIFORNIA

—oOo—

FILED
AUG 08 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

RAYMOND GALVAN LORONA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:11-mj-00161 SKO

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 27, 2011, in Fresno County, in the Eastern District of California defendant did,

▸ **COUNT 1: <u>Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record</u>**

knowingly received and possessed a firearm, a Savage Arms, Model 107B, 20 gauge shotgun having a barrel length of less than 18 inches, not registered to him in the National Firearms Registration and Transfer Record.

in violation of Title 26, United States Code, Sections 5681(d), and 5871 punishable by a term of imprisonment up to ten years and a $10,000 fine for each count. I further state that I am a(n) Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

▸ See Affidavit of Special Agent Ryan Stearman, attached hereto and incorporated herein.

X   Continued on the attached sheet and made a part hereof.

Signature of Complainant Ryan Stearman
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me, and subscribed in my presence

August 8, 2011                                            at   Fresno, California

Date                                                            City and State

Sheila K. Oberto, U.S. Magistrate Court Judge          /s/ Sheila K. Oberto

Name and Title of Judicial Officer                            Signature of Judicial Officer

**AFFIDAVIT OF SPECIAL AGENT RYAN STEARMAN**

**I.**

**INTRODUCTION.**

I, Ryan Stearman, being first duly sworn, hereby depose and state:

1. I am a Special Agent of the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been so employed since September 2005. In the course of my duties as an ATF Special Agent, I have conducted numerous investigations and received training regarding, but not limited to, the trafficking and possession of firearms by prohibited persons and the illicit distribution and possession of controlled substances by various individuals. As a result of said investigations, I have obtained and executed numerous federal arrest and search warrants. I am currently assigned to the ATF Fresno Field Office.

2. Title 26, U.S.C., § 5861(d) makes it unlawful to possess a firearm not registered in the National Firearms Registration and Transfer Record. Title 26, U.S.C., § 5845(a) includes "a shotgun having a barrel or barrels less than 18 inches in length" in the definition of a firearm.

3. This affidavit is in support of a complaint charging Raymond Galvan LORONA (hereinafter LORONA) with a violation of Title 26, U.S.C., § 5861(d). On or about July 27, 2011, LORONA was in possession of a Savage Arms, Model 107B, 20 gauge sawed-off shotgun having a barrel length of less than 18 inches. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all information known to me and other law enforcement investigators. Rather, this affidavit

1  serves to establish probable cause for the arrest of LORONA.

2      4.  On July 27, 2011, ATF agents served a federal search warrant issued by U.S. District Court Magistrate Judge Gary S. Austin, of the Eastern District of California, at 2514 South 9th Street, Fresno, California. During the search, agents located a Savage Arms, Model 107B, 20 gauge sawed-off shotgun having a barrel length of less than 18 inches in LORONA'S bedroom. When I asked LORONA about the sawed-off shotgun, LORONA admitted that the firearm was his.

3      5.  On August 8, 2011, I received confirmation from the ATF National Firearms Act (NFA) Branch, which maintains the National Firearms Registration and Transfer Record, that no record of LORONA registering any firearm was located.

4      6.  I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Special Agent Ryan Stearman
United States Department of Justice
Bureau of Alcohol, Tobacco,
Firearms & Explosives

Sworn and subscribed to before me
August  8 , 2011

Honorable Sheila K. Oberto
United States Magistrate Judge
Eastern District of California

Reviewed as to form and content.  /s/ Kimberly A. Sanchez

2