```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | KIMBERLY A. SANCHEZ
   | Assistant U.S. Attorney
 3 | 4401 Federal Building
   | 2500 Tulare Street
 4 | Fresno, California 93721
   | Telephone: (559) 497-4000
```



FILED

FEB 21 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. 1:11-cr-00334 AWI |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. §4, Misprision of a felony |
| v. | ) | |
| RAYMOND GALVAN LORONA, | ) | |
| Defendant. | ) | |

I N F O R M A T I O N

COUNT ONE:    [18 U.S.C. Section 4, Misprision of a felony]

The United States Attorney charges: T H A T

RAYMOND GALVAN LORONA,

defendant herein, on or about July 27, 2011, in the county of Fresno, State and Eastern District of California and elsewhere, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, possession of stolen firearms, did conceal the same, and did not as soon as possible make known the same to some judge or other person in civil or

1 | military authority under the United States, in violation of 18
2 | U.S.C. Sec. 4.

February 21, 2012

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                      By: /s/ Kimberly A. Sanchez
                                            KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney